Gene Lowell MORAN, Plaintiff–Appellant,

v.

Garrett J. ZELEN, Esq.; and the United States of America, Defendants–Appellees.

No. 06–55169.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007 *.

Filed March 16, 2007.

Gene Lowell Moran, Huntington Beach, CA, for Plaintiff–Appellant.

USSA—Office of the U.S. Attorney, Santa Ana, CA, Timothy J. Harris, Esq., Charlston, Revich and Chamberlin, LLP, Los Angeles, CA, Marcus M. Kerner, Esq., for Defendants–Appellees.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Gene Lowell Moran appeals *pro se* from the district court's order dismissing his declaratory judgment action. We have jurisdiction under 28 U.S.C. § 1291. We review *de novo, Knievel v. ESPN,* 393 F.3d 1068, 1072 (9th Cir.2005), and we affirm for the reasons stated by the district court in its order entered January 10, 2006.

To the extent Moran raises contentions before this court not related to the denial of this declaratory judgment action, we decline to consider them. *See Snow–Erlin v. United States,* 470 F.3d 804, 808 n. 1 (9th Cir.2006).

We grant appellee Zelen's motion to strike and request for judicial notice.

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Moran's request for oral argument is denied.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

